UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT, | No. 2:24-cv-1390 CSK P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the Monterey County Superior Court. While both this court and the United States District Court for the Northern District of California, the district where petitioner was convicted, have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Monterey County, which is located in the Northern District of California. See id. at 499 n.15; 28 U.S.C. § 2241(d).

////
////
////
////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Northern District of California.

Dated: May 21, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hatc1390.108

2